| | |
|---|---|
| ROSEMARY GREENWOOD, TODD E. GREENWOOD, and JAMES F. GREENWOOD, JR. | : IN THE COURT OF COMMON PLEAS |
| PLAINTIFFS, | : OF SUSQUEHANNA COUNTY, PA. |
| VS | : CIVIL ACTION - LAW |
| SUSQUEHANNA COUNTY BOARD, OF ASSESSMENT APPEALS, DEFENDANT | : NO. 2008- 998  C.P. |

## ORDER

NOW TO WIT, this __16th__ day of July, 2008, it is hereby ORDERED that Commissioner, Michael J. Giangrieco, Esquire, Susquehanna County Board of Assessment Appeals is disqualified as a board member of the Susquehanna County Board of Assessment Appeals due to any Clean & Green Tax Program roll back taxes wherein Cabot Oil & Gas Corporation has an interest by way of an executed oil and gas lease on any premises.

_____ P.J.

FILED SUSQUEHANNA COUNTY
2008 JUL 16 P 3: 16
PROTHONOTARY
CLERK OF COURTS

7/16/08 copy atty Davis & Hathaway

EXHIBIT "B"