## IN THE COURT OF COMMON PLEAS OF THE 34TH JUDICIAL DISTRICT
## SUSQUEHANNA COUNTY BRANCH – CIVIL DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA COUNTY COMMISSIONERS and SUSQUEHANNA COUNTY ASSESSMENT OFFICE,    Plaintiffs | : | NO. 2008-1100 |
| VS. | : | |
| RAYMOND C. DAVIS,   Defendant | : | |

### ORDER OF COURT

AND NOW, the 24th day of July, 2008, in consideration of the Plaintiff's Petition for Preliminary Injunction,

IT IS ORDERED that hearing on the said Petition is set for the 15th day of August, 2008, 9:00 o'clock, a.m. at the Susquehanna County Courthouse, Montrose, Pennsylvania. Pending said hearing, Raymond C. Davis, Esquire, is requested by this Court to refrain from entering the offices of the County Commissioners of Susquehanna County and to have no communication with the Commissioners or their immediate staff. Raymond C. Davis is further requested, pending said hearing, not to enter the Susquehanna County Tax Assessment Office, and to designate an employee or other person to conduct any required business in said office.

By the court,

Brendan J. Vanston, President Judge
44th Judicial District
Specially Presiding

Raymond C. Davis, Esquire
Michael Gathany, Esquire

EXHIBIT "C"