```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| RAYMOND DAVIS, ESQUIRE<br>23 Maple Street<br>Montrose, PA 18801<br><br>           Plaintiff<br><br>   vs.<br><br>THE COUNTY OF SUSQUEHANNA,<br>PENNSYLVANIA<br>11 Maple Street<br>Montrose, PA 18801<br><br>      AND<br><br>MARYANN WARREN<br>11 Maple Street<br>Montrose, PA 18801<br><br>      AND<br><br>LEON ALLEN<br>11 Maple Street<br>Montrose, PA 18801<br><br>      AND<br><br>MICHAEL GIANGRIECO, ESQUIRE<br>11 Maple Street<br>Montrose, PA 18801<br><br>      AND<br><br>MICHAEL GATHANY, ESQUIRE<br>38 Main Street<br>Hallstead, PA 18822<br><br>           Defendants | NO.<br><br><br>CIVIL ACTION - LAW<br>JURY TRIAL DEMANDED |

**EXHIBIT "D"**

## CERTIFICATE OF MERIT AS TO DEFENDANT
## MICHAEL GATHANY, ESQUIRE

I, Kevin J. Dempsey, Esquire certify that:

__X__    an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in brining about the harm;

AND/OR

____    the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in brining about the harm;

___ expert testimony of an appropriate licensed
professional is unnecessary for prosecution of
the claim against this defendant.

DATE: 7/6/09

*[signature]*
MICHAEL H. ROTH, ESQUIRE
Roth & Dempsey, P.C.
Attorneys for Plaintiff